NO. 07-00-0401-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

JULY 12, 2001

______________________________

Q GUARANTEE CORPORATION, Q CAPITAL CORPORATION,

Q FINANCIAL GROUP, INC., APPELLANTS

LARRY TAYLOR AND ANADARKO DEVELOPMENT

COMPANY D/B/A TAYLOR FOODMART AND TAYLOR COMPANIES,

   APPELLANTS/CROSS-APPELLANTS

v.

PETERSON DRILLING & TESTING, INC., APPELLEE

_________________________________

FROM THE 100
TH
 DISTRICT COURT OF CHILDRESS COUNTY;

NO. 8379; HONORABLE DAVID M. MCCOY, JUDGE

_______________________________

Before QUINN and REAVIS and JOHNSON, JJ.

On July 2, 2001, the parties filed a Joint Motion to Dismiss Appeal averring that the parties have resolved the issues and agree that the appeal should be dismissed.

Without passing on the merits of the case, the parties’ Joint Motion to Dismiss Appeal is granted and the appeal is hereby dismissed.  Tex. R. App. P. 42.1(a)(1).  All costs are assessed to the parties incurring the same.  Having dismissed the appeal at the parties’ request,  no motion for rehearing will be entertained and our mandate will issue forthwith.  

Phil Johnson

    Justice

Do not publish.